HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SALVADOR ESQUIVEL-MERITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR ESQUIVEL-MERITO,<br><br>Defendant. | NO. 2:10-CR-486 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE: September 12, 2013<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

SALVADOR ESQUIVEL-MERITO by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for August 1, 2013, be continued to September 12, 2013, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review the proposed plea agreement with the defendant and the staff interpreter and to further investigate and discuss the case with the government.

Counsel agrees that the time from July 29, 2013 through September 12, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: July 29, 2013 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | /S/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>SALVADOR ESQUIVEL-MERITO |
| 7 | DATE: July 29, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 10 | | /S/ Matthew C. Bockmon for<br>NIRAV K. DESAI<br>Assistant United States Attorney |

## **O R D E R**

IT IS HEREBY ORDERED that this matter is continued to September 12, 2013, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from July 29, 2013 up to and including September 12, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: July 30, 2013

_____
Troy L. Nunley
United States District Judge