1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
SALVADOR ESQUIVEL-MERITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:10-CR-486 TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| SALVADOR ESQUIVEL-MERITO, | ) | DATE: October 3, 2013 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Troy L. Nunley |
| _____ | ) | |

SALVADOR ESQUIVEL-MERITO by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for September 12, 2013, be continued to October 3, 2013, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review the proposed plea agreement with the defendant and the staff interpreter and to further investigate and discuss the case with the government.

Counsel agrees that the time from September 9, 2013 through October 3, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

DATED: September 9, 2013                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /S/ Matthew C. Bockmon
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SALVADOR ESQUIVEL-MERITO


DATE: September 9, 2013                 BENJAMIN B. WAGNER
                                        United States Attorney


                                        /S/ Matthew C. Bockmon for
                                        NIRAV K. DESAI
                                        Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that this matter is continued to October 3, 2013, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from September 9, 2013 up to and including October 3, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: September 10, 2013

                                        Troy L. Nunley
                                        United States District Judge